UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-565-RJC
(3:19-cr-74-RJC-DSC-1)

| | |
|---|---|
| MOHAMMAD AMIR ELLER, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA, | )    **ORDER**<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Petitioner has filed a Motion to Vacate under 28 U.S.C. § 2255. (Doc. No. 1). The Government has filed a Response opposing § 2255 relief. (Doc. No. 5). The Petitioner may file a reply to the Response, if he chooses to do so, within fourteen (14) days of this Order pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that no later than **fourteen (14) days** from the entry of this Order, the Petitioner may file a reply to the Government's Response in opposition to his § 2255 Motion to Vacate.

**IT IS SO ORDERED.**

Signed: January 31, 2022

Robert J. Conrad, Jr.
United States District Judge

1